In the Matter of the Claim of PAUL TORITTO, Respondent, v. GENERAL INSTRUMENT CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— STALEY, JR., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.